AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Isis Gardenia ARENIVAR<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No.  **EP:25-M-06397-MAT** |

**FILED**
November 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Fidel Morales____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 16, 2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111 | defendant did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with a federal officer engaged in the performance of official duties |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Complaint sworn to telephonically on
__November 18, 2025__ at __02:00 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

David G. Marroquin Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/18/2025__

*Judge's signature*

City and state: __El Paso, Texas__    Miguel A. Torres, U.S. Magistrate
*Printed name and title*

AFFIDAVIT

On November 16, 2025, at approximately 10:04 P.M. a Customs and Border Protection Officer (CBPO) was assigned to Intake Management (IM) at the Ysleta (YSL) Port of Entry (POE), which is within the Western District of Texas. At that time, CBPO Officer was approached by a male subject, later identified as Octavio Carrillo, claiming he was an Uber/Lyft driver and that his vehicle had been stolen by a female who appeared to be heavily intoxicated. Carrillo further stated the female that took his car, which was later identified as Isis Gardenia ARENIVAR was possibly making her way south into Mexico through the southbound vehicle lanes. At that time CBP Officer started to follow Carrillo towards the southbound vehicle lanes in an attempt to locate his car when Carrillo pointed to ARENIVAR, advising ARENIVAR was the same female who had stolen his vehicle previously. At this time CBP Officer along with Carrillo approached ARENIVAR who was now walking south towards Mexico in the southbound pedestrian lane of YSL POE.

Upon seeing Carrillo, ARENIVAR started yelling and insulting Carrillo. CBP Officer attempted to calm ARENIVAR in order to get a better understanding of what had transpired but ARENIVAR was noncompliant and began raising her voice towards both Carrillo and the CBP Officer saying Carrillo was lying. CBP Officer advised ARENIVAR that she could not travel into Mexico at the moment until things got sorted out. ARENIVAR soon got aggressive and assaulted Carrillo with a punch and a kick, eventually knocking him to the ground. CBP Officer at that point held ARENIVARs arms and told her she needed to stop punching and kicking Carrillo. ARENIVAR continued to be aggressive and noncompliant with CBP Officers present. CBP Officers requested assistance via government radio after ARENIVAR continued to resist and ignore commands. Eventually, after other Officers on duty showed up, they were able to control ARENIVAR and place her in handcuffs. ARENIVAR was then transported to the headhouse in a marked pursuit vehicle.

Once at the headhouse of YSL POE, ARENIVAR was placed in a holding cell. ARENIVAR once again began to yell and scream while inside the cell and repeatedly began banging on the cell door. Fearing that ARENIVAR might injure herself as she kept banging the cell door with a huge amount of force, CBP Officers opened the cell door and stood momentarily at the doorway while instructing ARENIVAR to take a seat on the bench and to remain seated. ARENIVAR ignored the officers and started insulting one of the female Officers by the doorway, calling her "a red headed cunt" and "fuckin bitch" among other derogatory profanities toward the female CBP Officer.

The female CBP Officer once again instructed ARENIVAR to sit down but instead, ARENIVAR began to aggressively walk towards the female CBP Officer, shrugging and lifting her shoulders in a combative manner while screaming uncontrollable. ARENIVAR continued to walk towards the female officer and lunged her body and shoulders towards her, stopping inches away from the female Officers face. At that point both Officers took control of ARENIVAR and sat her down on the bench, all while instructing her to calm down. ARENIVAR then forcefully kicked the female CBP

Officer in the inner upper right thigh and groin area, striking the corner of her pubic bone. This impact caused significant pain and caused the female's Officer entire body to shift to the right, causing her leg to buckle and her to lose balance. ARENIVAR then spat directly into the Officers face, impacting the left side of her face, neck, inside the left corner of her eye, and inside the left tip of her mouth. CBP Officers immediately placed ARENIVAR in shackles and restrained her inside the cell.

Homeland Security Investigations (HSI) Special Agents (SAs) were requested to the YSL POE. HSI SA responded to the YSL POE to assist with the investigation. HSI SA provided ARENIVAR with a Miranda Rights form in the English language. ARENIVAR stated she understood her rights by signing and stated she was willing to talk to Agents without an attorney present.

HSI SA attempted to get ARENIVAR's side of the story, but ARENIVAR stated she had no recollection of what happened. ARENIVAR stated she lives in Ciudad Juarez, Mexico with her mother but she came into the United States because she works at a bar in El Paso. ARENIVAR stated after work, her and some friends decided to have get together and have some alcoholic drinks. ARENIVAR stated after that, she cannot recall what happened or much less tell the SA how she ended up at the YSL POE. ARENIVAR made a comment stating there was a possibility the mother of one of her friends might have given her a ride to the POE. When asked what was the last thing she did remember, ARENIVAR stated she remembered drinking heavily and then the next thing she remembers was her being detained in a holding cell. HSI SA asked if she remembered acting aggressively and fighting CBP Officers. ARENIVAR replied "no" but added that her friends as well as family members have told her in the past that she gets real aggressive towards others when she drinks and that she will sometimes want to fight other people. HSI SA asked once again if she remembered hitting one of the CBP Officers. ARENIVAR shook her head no and said she did not remember doing that and said, "But that doesn't mean it didn't happen." She just can't recall what happened.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included every fact known to me concerning this investigation.