FILED
December 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: EP:25-CR-02994-DB |
| Plaintiff, | **I N D I C T M E N T** |
| v. | **CT1:** 18 USC § 111(a)(1) - Assault on a Federal Officer |
| ISIS GARDENIA ARENIVAR, | |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about November 16, 2025, in the Western District of Texas, Defendant,

**ISIS GARDENIA ARENIVAR,**

intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, interfered with A.A., a U.S. Customs and Border Protection Officer and person designated in Title 18, United States Code, Section 1114, to wit: by striking A.A. in her pelvic area and spitting in her face, who was then engaged in the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL.

███████████████████████
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____[signature]_____
Assistant U.S. Attorney